ORIGINAL

1  ryanwallinf

2  LEONARDO M. RAPADAS
   United States Attorney
3  ROSETTA L. SAN NICOLAS
   Assistant U.S. Attorney
4  Suite 500, Sirena Plaza
   108 Hernan Cortez Ave.
5  Hagåtña, Guam 96910
   TEL: (671) 472-7332
6  FAX: (671) 472-7334

7  Attorneys for the United States of America

**FILED**

DISTRICT COURT OF GUAM

MAR 23 2007

MARY L.M. MORAN
CLERK OF COURT

8             IN THE UNITED STATES DISTRICT COURT

9              FOR THE TERRITORY OF GUAM

10 UNITED STATES OF AMERICA,      ) CRIMINAL CASE NO. **07-00025**
                                   )
11               Plaintiff.        )      **INFORMATION**
                                   )
12        vs.                      )  **CONSPIRACY TO DISTRIBUTE**
                                   )  **METHAMPHETAMINE (Count I)**
13 RYAN JASON WALL,                )  [21 U.S.C. §§ 841(a)(1) & 846]
                                   )  **ATTEMPTED POSSESSION OF**
14                                 )  **METHAMPHETAMINE WITH**
                 Defendant.        )  **INTENT TO DISTRIBUTE (Count II)**
15                                 )  [21 U.S.C. § 841(a)(1)]

16 THE UNITED STATES ATTORNEY CHARGES:

17    **COUNT I - CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE**

18          Beginning on about January 2006, an exact date unkown, and continuing

19 thereafter to and until January 2, 2007, in the District of Guam, the defendant, RYAN JASON

20 WALL, and other co-conspirators both known and unknown, did unlawfully, knowingly and

21 intentionally combine, conspire, confederate and agree together with each other to distribute in

22 excess of 90.6 grams of a mixture and substance containing a detectable amount of

23 methamphetamine, a Schedule II controlled substance in violation of Title 21, United States

24 Code, Sections 841(a)(1) and 846.

25 //

26 //

27 //

28

**COUNT II - ATTEMPTED POSSESSION OF METHAMPHETAMINE
WITH INTENT TO DISTRIBUTE**

On about January 2, 2007, in the District of Guam, the defendant herein, RYAN JASON WALL, did unlawfully and knowingly possess with intent to distribute 90.6 grams of a mixture and substance containing a detectable amount of methamphetamine, a schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Dated this **23rd** day of March 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney