# Criminal Case Cover Sheet
**U.S. District Court**

**Place of Offense:**
City: Hagåtña
Country/Parish: _____

**Related Case Information:**
Superseding Indictment: _____ Docket Number: **07-00025**
Same Defendant: x   New Defendant: _____
Search Warrant Case Number: _____
R 20/ R 40 from District of: _____

**Defendant Information:**
Juvenile: Yes ___ No X   Matter to be sealed: Yes ___ No X
Defendant Name: RYAN JASON WALL
Alias Name: _____
Address: _____
Birthdate: ___ SS#: ___ Sex: M Race: C Nationality: ___

**RECEIVED MAR 23 2007 DISTRICT COURT OF GUAM HAGATNA, GUAM**

**U.S. Attorney Information:**
AUSA: ROSETTA SAN NICOLAS

Interpreter: X No ___ Yes   List language and/or dialect: _____

**Location Status:**
Arrest Date: _____
☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody
☐ On Pretrial Release

**U.S.C. Citations**
Total # of Counts: 2   ___ Petty ___ Misdemeanor X Felony

| Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1: 21 USC §§ 841(a)(1); 846 | Conspiracy to Distribute Methamphetamine | 1 |
| Set 2: 21 USC § 841(a)(1) | Attempted Possession w/ Intent to Distribute Methamphetamine | 2 |
| Set 3: | | |
| Set 4: | | |

(May be continued on reverse)
Date: 3/23/07   Signature of AUSA: [signature]