# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-07-00025-001            DATE: March 23, 2007

---

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori        Court Recorder: Leilani Toves Hernandez
Courtroom Deputy: Leilani Toves Hernandez    Electronically Recorded: 2:17:12 - 2:27:08
                                                                                         2:36:20 - 2:55:52

CSO: B. Benavente

---

**APPEARANCES:**

Defendant: Ryan Jason Wall          Attorney: Richard Arens
☑ Present ☑ Custody ☐ Bond ☐ P.R.      ☑ Present ☐ Retained ☑ FPD ☐ CJA

U.S. Attorney: Rosetta San Nicolas    U.S. Agent: Mike Perkins, D.E.A. Task Force Agent
U.S. Probation: Christopher Duenas    U.S. Marshal: T. Muna
Interpreter:                               Language:

---

**PROCEEDINGS: Initial Appearance re Information, Waiver of Indictment and Plea**
- Court ordered the consolidation of this case with CR-07-00001.
- Federal Public Defender appointed to represent the defendant.
- Defendant consented to enter his plea before a U.S. Magistrate Judge.
- Defendant sworn and examined.
- Defendant arraigned and advised of his rights, charges and penalties.
- Plea entered: Guilty to Counts I and II. Plea entered without a written plea agreement.
- Report and Recommendation executed by the Court.
- Sentencing set for: June 21, 2007 at 10:30 a.m.
- Draft Presentence Report due to the parties: 5/24/2007
- Response to Presentence Report: 6/7/2007
- Final Presentence Report due to the Court: 6/14/2007
- Defendant remanded to the custody of the U.S. Marshals Service for: Detention

NOTES: