# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

UNITED STATES OF AMERICA

v.

RYAN J. WALL

WAIVER OF INDICTMENT

CASE NUMBER: 07-00025

**FILED**
DISTRICT COURT OF GUAM
MAR 23 2007
MARY L.M. MORAN
CLERK OF COURT

I, RYAN J. WALL, the above named defendant, who is accused of

Conspiracy to Distribute Methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1) and 846; and, Attempted Possession of Methamphetamine with Intent to Distribute, in violation of Title 21, United States Code, Section 841(a)(1)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _____3/23/2007_____ prosecution by indictment and consent that the pro-
                                         Date
ceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
            Judicial Officer