IN THE DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00025 |
| Plaintiff, | ) | |
| vs. | ) | **ORDER ACCEPTING CONDITIONAL PLEAS OF GUILTY AND ADJUDICATING GUILT, AND NOTICE OF SENTENCING** |
| RYAN JASON WALL, | ) | |
| Defendant. | ) | |

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the conditional pleas of guilty of the Defendant to an Information charging him with Conspiracy to Distribute Methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and 846, and Attempted Possession of Methamphetamine with Intent to Distribute, in violation of 21 U.S.C. § 841(a)(1), are now Accepted and the Defendant is Adjudged Guilty of such offenses. All parties shall appear before this Court for sentencing on June 21, 2007, at 10:30 a.m.

IT IS SO ORDERED.

**/s/ Frances M. Tydingco-Gatewood**
   **Chief Judge**
**Dated: Apr 10, 2007**