# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# SENTENCING

CASE NO.: CR-07-00025-001　　　　　　　　　　DATE: June 21, 2007

---

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley　　　　　　　　Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez　Electronically Recorded: 3:15:26 - 4:42:30
CSO: F. Tenorio

---

**APPEARANCES:**

Defendant: Ryan Jason Wall　　　　　　　　Attorney: Richard Arens
☑ Present ☑ Custody ☐ Bond ☐ P.R.　　　☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Rosetta San Nicolas　　　　U.S. Agent: Marvin Desamito, D.E.A.
U.S. Probation: Carleen Borja　　　　　　U.S. Marshal: V. Roman / T. Muna
Interpreter:　　　　　　　　　　　　　　Language:

---

**PROCEEDINGS: Sentencing**

- Defendant committed to the Bureau of Prisons for a term of <u>57 months for Count I and II, to be served concurrently. While in prison, the defendant shall participate in the 500 Hour Intensive Drug Treatment Program and any vocational and educational programs approved by the Bureau of Prisons.</u>
- Court recommendation to the Bureau of Prisons for incarceration at <u>a facility in Washington, subject to the availability of the 500 Hour Intensive Drug Treatment Program.</u>
- Upon release from imprisonment, defendant is placed on supervised release for a term of <u>3 years for Count I and II, to be served concurrently</u>, with conditions (refer to Judgment for conditions of supervised release).
- All fines waived by the Court.
- Defendant was ordered to pay a special assessment fee of $200.00 to be paid immediately after sentencing.
- Court stated the justification of the sentence imposed.
- Defendant advised of appeal rights.
- Defendant remanded to the custody of the U.S. Marshals Service.

**NOTES:**