UNITED STATES DISTRICT COURT
District of Guam

| | |
|---|---|
| United States of America,<br><br>                 Plaintiff,<br>Vs.<br><br>RYAN JASON WALL,<br><br>                 Defendant. | NOTICE OF APPEAL<br><br>D.C. Docket Number: CR 07-00025<br><br><br>Frances Tydingco-Gatewood<br>District Court Judge |

Notice is hereby given that __RYAN JASON WALL,__ appeals to the United States Court of Appeals for the Ninth Circuit from the

☐ Conviction only (Fed. R. Crim. P. 32(b))

☐ Conviction and Sentence

☐ Sentence only (18 U.S.C. § 3742)

☑ Order (specify) __Denying Motion to Suppress Evidence and Statements in Consolidated Criminal Case No. 07-00001__ entered in this action on __March 23, 2007__.

Sentence imposed: __57 months imprisonment.__

**FILED**
DISTRICT COURT OF GUAM
JUL 0 6 2007
MARY L.M. MORAN
CLERK OF COURT

Bail Status: __Detained.__

                                                                /s/ Richard P. Arens

Date: July 6, 2007           Address:    Richard P. Arens
                                                             Office of the Federal Public Defender
                                                             400 Route 8, Suite 501
                                                             First Hawaiian Bank Building
                                                             Mongmong, Guam 96910
                                                            (671) 472-7111

Name of Court Reporter: **Wanda Miles**       Transcript Required: ☑ Yes   ☐ No

If yes, date ordered or to be ordered   __7/6/2007__   (including arrangements for payment with court reporter.)

If transcript required, complete Transcript Order Form CA9-036; contact court reporter immediately to make arrangements for transcription.

**ORIGINAL**