UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

## NOTICE OF APPEAL NOTIFICATION FORM

Please Fill Out Completely

**CASE INFORMATION:**

Short Case Title: **USA vs Wall**

Court of Appeals No. (leave blank if a unassigned)_____

U.S. District Court, Division & Judge Name: **District Court of Guam/Hon. Frances Tydingco-Gatewood**

Criminal and/or Civil Case No.: **CR-07-00025 (Consolidated Case 07-00001)**

Date Complaint/Indictment/Petition Filed: **Information filed 03/23/2007**

Date Appealed order/judgment *entered*: **Judgment filed 6/29/2007 - EOD 6/29/2007 (CR-07-00025) and Order Denying Motion to Suppress Evidence and Statements 3/23/2007 - EOD 3/23/2007 (CR-07-00001)**

Date NOA *filed*: **NOA filed 7/6/2007**

Date(s) of Indictment_____ Plea Hearing **3/23/2007**  Sentencing **6/21/2007**

COA Status (check one):      □ granted in full (attach order)       □ denied in full (send record)
                             □ granted in part (attach order)      □pending

Court Reporter(s) Name & Phone Number: **Wanda M. Miles/(671) 472-8655**

*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**

Date Docket Fee Paid: **N/A**                           Date Docket Fee Billed:_____

Date FP granted:_____                         Date FP denied:_____

Is FP pending? □ yes  □ no                              Was FP limited □?  Revoked □?

US Government Appeal? □ yes  **X** no

Companion Cases? Please list: **CR-07-00001**

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION (please include email address)**

Appellate Counsel:                                      Appellee Counsel:

**Richard P. Arens**                                    **Rosetta San Nicolas**
**Office of the Federal Public Defender**               **Assistant U.S. Attorney**
**400 Route 8, Suite 501**                              **Sirena Plaza, Suite 500**
**First Hawaiian Bank Building**                        **108 Hernan Cortez Avenue**
**Mongmong, Guam 96910**                                **Hagatna, Guam 96910**
richard_arens@fd.org                                    rosetta.sannicolas@usdoj.gov

□ retained  □ CJA  **X** FPD  □ Pro Se  □ Other        *Please attach appointment order.*

**DEFENDANT INFORMATION**

Prisoner ID_____          Address:
Custody_____
Bail_____

**AMENDED NOTIFICATION INFORMATION**

Date Fees Paid_____          9th Circuit Docket Number_____

Name & Phone Number of Person Completing this Form: **Marilyn B. Alcon/(671) 473-9138**
**marilyn_alcon@gud.uscourts.gov**

1
2
3
4
5
6                           DISTRICT COURT OF GUAM

7                            TERRITORY OF GUAM

8

9    UNITED STATES OF AMERICA,        )        CRIMINAL CASE NO. 07-00025
                                       )
10                  Plaintiff,         )
                                       )
11        vs.                          )        APPOINTMENT ORDER
                                       )
12   RYAN JASON WALL,                  )
                                       )
13                  Defendant.         )
                                       )
14   _____ )

15        IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to

16   represent the Defendant in the above-entitled case.

17

18                                              **/s/ Joaquin V.E. Manibusan, Jr.**
19                                              **U.S. Magistrate Judge**
20                                              **Dated: Mar 23, 2007**

21
22
23
24
25
26
27
28

# United States District Court

DISTRICT OF GUAM
4TH FLOOR, U.S. COURTHOUSE
520 WEST SOLEDAD AVENUE
HAGÅTÑA, GUAM 96910

MARY L.M. MORAN
CLERK OF COURT

July 6, 2007

TEL: (671) 473-9100
FAX: (671) 473-9152

OFFICE OF THE CLERK
U. S. Court of Appeals
  for the Ninth Circuit
95 Seventh Street
P. O. Box 193939
San Francisco, CA   94119-3939

RE:   **CRIMINAL CASE NO. 07-00025 (Consolidated Criminal Case 07-00001)**
      **USA vs RYAN JASON WALL**

In reference to the above-entitled cases, enclosed herewith please find the following:

(X )   Certified copy of Notice of Appeal, **filed July 6, 2007**

(X )   Certified copy of Judgment, **filed June 29, 2007 - EOD 06/29/2007**

(X )   Certified copy of Docket Sheet

(X )   Notice of Appeal Notification Form

(X )   Order for Time Schedule

(X )   Other - **Order Denying Motion to Suppress Evidence and Statements in**
        **CR-07-0001, filed March 23, 2007 - EOD 3/23/2007 and Motion to**
        **Suppress Evidence, filed February 23, 2007 in CR-07-00001**

Please acknowledge receipt on the enclosed copy of this letter.  Thank you.

Sincerely,

*Marilyn B Alan*

Marilyn B. Alcon
Deputy Clerk

Enclosure(s)

cc:   Richard P. Arens           Rosetta San Nicolas