

| U.S. Department of Transportation | Northwest Mountain Region | SECURITY & HAZARDOUS MATERIALS DIVISION |
|---|---|---|
| **Federal Aviation Administration** | Colorado, Idaho, Montana, Oregon Utah, Washington, Wyoming & Alaska | Renton Office 1601 Lind Ave SW, Suit 530 Renton, WA 98057 Off: (425) 227-2700 Fax: (425) 227-2711 |

June 13, 2008

CRIMINAL JUSTICE ACTIVITY REQUEST
FAA Case # ANM20080057

United States Courthouse, 4th Floor
520 West Soledad Avenue
Hagatna, GU 96910-4950

Dear Court Personnel:

An official investigation is being conducted by this agency concerning the following individual, a certified pilot, who reportedly appeared in your court on the charge(s) indicated:

Name: Ryan Jason WALL     DOB: 04/19/1974

Court Date/Docket No: CR-07-00025-001
Date Sentenced:
Offense/Charge: Drug Possession

We request this agency be provided with a copy of the criminal complaint (if one is filed), indictment, any superseding indictments, plea agreement, the final judgment order and sentencing and any orders modifying sentence or probation. The documents will be used as part of our investigation to revoke or suspend Mr. WALL's pilot license for violating Federal Aviation Regulations. Records can be faxed to secure fax number (425) 227-2711.

If there are any questions, regarding this request, please contact me at (425) 227-1217 or ed.stewart@faa.gov. Thank you for your assistance in this matter.

Sincerely,

Special Agent Edwin D. Stewart
Law Enforcement Assistance Program

RECEIVED
JUN 18 2008
DISTRICT COURT OF GUAM
HAGATNA, GUAM

U.S. Department of Transportation
**Federal Aviation Administration**
Northwest Mountain Region
1601 Lind Avenue, S.W.
Renton, WA 98055-4099

RECEIVED
JUN 18 2008
DISTRICT COURT OF GUAM
HAGATNA, GUAM



SEATTLE WA 981
13 JUN 2008 PM

9691044916

United States Courthouse, 4th Floor
520 West Soledad Avenue
Hagatna, GU 96910-4950