


# District Court of Guam

4TH FLOOR, U.S. COURTHOUSE
520 WEST SOLEDAD AVENUE
HAGÅTÑA, GUAM 96910
Telephone: (671) 473-9100; Facsimile: (671) 473-9152
www.gud.uscourts.gov

FRANCES M. TYDINGCO-GATEWOOD
Chief Judge

JEANNE G. QUINATA
Clerk of Court

June 20, 2008

Edwin D. Stewart
Special Agent
Law Enforcement Assistance Program
U.S. Department of Transportation
Federal Aviation Administration
Northwest Mountain Region
1601 Lind Avenue, S.W.
Renton, Washington 98055-4099

Re:     **Criminal Case No. 07-00025**
        **USA vs Ryan Jason Wall**

Dear Mr. Stewart:

Our office is in receipt of your letter dated June 13, 2008 requesting certified copies of documents relating to the above-referenced case. Enclosed are the requested documents.

Please be advised that on July 6, 2007 Mr. Wall filed a Notice of Appeal to the Ninth Circuit Court of Appeals. The Ninth Circuit Court of Appeals rendered its decision and has vacated and remanded this case back to the District Court to allow parties to present further evidence and arguments. If you desire updated information on Mr. Wall's case given the Ninth Circuit's decision, you may wish to send a follow-up letter to us to find out the status of his case. Or, if you have access to PACER (Public Access to Electronic Court Records), you may visit his case from time to time to find out the disposition.

If there is anything else that I can assist you with, please let me know.

Sincerely,

Marilyn B. Alcon
Marilyn B. Alcon
Deputy Clerk

Enclosures