# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RYAN JASON WALL,<br><br>Defendant. | Criminal Case No. 07-00025<br><br>**ORDER** |

This case is before the court on a mandate from the Ninth Circuit Court of Appeals remanding the case for the purpose of developing a full record concerning the applicability of the Guam Statute (5 Guam Code Ann. § 73102(2)) and the *Leon* (*United States v. Leon*, 468 U.S. 897 (1984)) good faith exception to the warrant requirement. Consistent with the terms of the mandate, the court hereby schedules this case for an evidentiary hearing on these matters on September 10, 2008 at 9:30 a.m. The Defendant shall submit his brief by August 7, 2008. An Opposition by the Government shall be filed by August 12, 2008 and Defendant's Reply shall be filed by August 15, 2008. The U.S. Marshal is ordered to transport the defendant to Guam by August 30, 2008.

**IT IS SO ORDERED**.

/s/ **Frances M. Tydingco-Gatewood**
  **Chief Judge**
**Dated: Jun 23, 2008**