JOHN T. GORMAN
Federal Public Defender
District of Guam

RICHARD P. ARENS
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
RYAN JASON WALL



**FILED**
DISTRICT COURT OF GUAM

AUG 0 7 2008 p.d.

JEANNE G. QUINATA
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR 07-00025 |
| Plaintiff, | ) STIPULATION TO EXTEND BRIEFING ) DEADLINE |
| vs. | ) |
| RYAN JASON WALL, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the briefing schedule previously set by the court be extended one week. The parties agree that defendant's brief will be due on August 14, 2008, the government's opposition will be due on August 19, 2008 and defendant's reply will be filed by August 22, 2008. The parties further agree

//

//

//

**ORIGINAL**

that the evidentiary hearing will still be heard on September 10, 2008.

IT IS SO STIPULATED:

DATED: Mongmong, Guam, August 7, 2008.

_____
RICHARD P. ARENS
Attorney for Defendant
RYAN JASON WALL

_____
ROSETTA SAN NICOLAS
Attorney for Plaintiff
UNITED STATES OF AMERICA

2