JOHN T. GORMAN
Federal Public Defender
District of Guam

RICHARD P. ARENS
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone:    (671) 472-7111
Facsimile:    (671) 472-7120

Attorney for Defendant
RYAN JASON WALL

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) | CR 07-00025 |
|---|---|---|
| Plaintiff, | ) | ORDER |
| vs. | ) | |
| RYAN JASON WALL, | ) | |
| Defendant. | ) | |

The Stipulation filed on August 7, 2008, is HEREBY APPROVED and So ORDERED. Defendant's brief is be due on August 14, 2008, the government's opposition will be due on August 19, 2008 and defendant's reply will be filed by August 22, 2008.

So Ordered.



/s/ Frances M. Tydingco-Gatewood
    Chief Judge
**Dated: Aug 08, 2008**