ryanwallsuppwit

LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 07-00025 |
|---|---|
| Plaintiff, | ) |
| vs. | ) **UNITED STATES'** |
| RYAN JASON WALL, | ) **WITNESS LIST** |
| Defendant. | ) |

Pursuant to the order of this Court, the United States hereby submits the following witness list for purposes of the evidentiary hearing.

1. Marvin Desamito, Guam Police Department

2. Mike Perkins, Guam Police Department

3. Jeffrey Palacios, Guam Customs & Quarantine

Respectfully submitted this 9th day of September 2008.

                                    LEONARDO M. RAPADAS
                                    United States Attorney
                                    Districts of Guam and NMI

By:   /s/ Rosetta L. San Nicolas
       ROSETTA L. SAN NICOLAS
       Assistant U.S. Attorney