JOHN T. GORMAN
Federal Public Defender
District of Guam

RICHARD P. ARENS
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
RYAN JASON WALL



FILED
DISTRICT COURT OF GUAM
SEP 09 2008
JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CR 07-00025 |
|---|---|
| Plaintiff, | ) DEFENDANT'S EXHIBIT LIST |
| vs. | ) |
| RYAN JASON WALL, | ) |
| Defendant. | ) |

COMES NOW defendant, RYAN JASON WALL, by and through his counsel, Richard P. Arens, Assistant Federal Public Defender, to identify exhibits the defendant expects to use at the hearing on remand. Defendant reserves the right to supplement this list as necessary.

//

//

//

//

| LTR. | DESCRIPTION | Date Identified | Admitted |
|------|-------------|-----------------|----------|
| A. | Report of Investigation, Ken Bowman dated 1/3/2007 | | |
| B. | Report of Investigation, Michael Perkins dated 1/10/2007 | | |
| C. | Report of Investigation, Michael Perkins dated 1/11/2007 | | |
| D. | Report of Investigation, Michael Perkins dated 1/11/2007 | | |
| E. | Report of Investigation, Michael Perkins dated 1/12/2007 | | |
| F. | Report of Investigation, Michael Perkins dated 1/12/2007 | | |
| G. | Report of Investigation, Michael Perkins dated 1/16/2007 | | |
| H. | Report of Investigation, Michael Perkins dated 1/17/2007 | | |
| I. | Report of Investigation, Michael Perkins dated 1/18/2007 | | |
| J. | Report of Investigation, Michael Perkins dated 1/18/2007 | | |
| K. | Preliminary Report of Investigation, J.A. Gange dated 12/31/2006 | | |
| L. | Supplemental Report of Investigation, J.A. Gange dated 1/2/2007 | | |
| M. | Supplemental Report of Investigation, B.S Galarpe dated 1/3/2007 | | |

| | | | |
|---|---|---|---|
| N. | After Action Report, Gabriel Cruz dated 12/30/2006 | _____ | _____ |
| O. | Application and Affidavit for Search Warrant | _____ | _____ |
| P. | Application and Affidavit for Search Warrant filed 12/31/2006 | _____ | _____ |
| Q. | Transcript of Proceedings, Marvin Desamito filed 9/13/2007 | _____ | _____ |
| R. | Transcript of Proceedings, Joseph Gange filed 9/13/2007 | _____ | _____ |
| S. | Transcript of Proceedings, Michael Perkins filed 9/13/2007 | _____ | _____ |
| T. | NCIC Response No. 31413 dated 12/29/2006 | _____ | _____ |
| U. | Criminal Justice Information Systems Individual Profile dated 12/29/2006 | _____ | _____ |

DATED: Mongmong, Guam, September 4, 2008.

*/s/ Richard P. Arens*
RICHARD P. ARENS
Attorney for Defendant
RYAN JASON WALL

## CERTIFICATE OF SERVICE

I, RENATE DOEHL, hereby certify that a true and exact copy of the foregoing document was duly mailed and/or hand-delivered to the following on September 9, 2008:

ROSETTA SAN NICOLAS
Assistant United States Attorney
Sirena Plaza
108 Hernan Cortez, Ste. 500
Hagatna, Guam 96910

Attorney for Plaintiff
UNITED STATES OF AMERICA

DATED: Mongmong, Guam, September 9, 2008.

RENATE DOEHL
Operations Administrator