**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**GENERAL**

CASE NO.: CR-07-00025-001          DATE: September 10, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley / Ross Naughton    Court Reporter: Wanda Miles
Courtroom Deputy: Carmen B. Santos    Electronically Recorded: 10:21:22 - 10:30:59

**APPEARANCES:**
Defendant: Ryan Jason Wall      Attorney: Richard Arens
☑ Present ☑ Custody ☐ Bond ☐ P.R.      ☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Karon Johnson      U.S. Agent: Mike Perkins
U.S. Probation: None Present
Interpreter:      Language:

**PROCEEDINGS: Evidentiary Hearing on Remand**
- Because of a strong relationship between defense counsel and Agent/Officer Perkins, court directs that John Gorman represent defendant in this evidentiary hearing.
- Mr. Arens is to consult with Mr. Gorman re scheduling and to coordinate with the court to reschedule this hearing.
- Government advised court that Agent/Officer Perkins returned to Guam only for this hearing and that Agent/Officer Desamito will be on military duty starting 10/1/2008 and departing Guam on 10/17/2008.
- Court stated that arrangements can be made for video conference and/or teleconference if needed.
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES: